# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136953

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 136953
COA: 285191
Kent CC: 07-006750-FC

RICHARD ALLEN GEE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 16, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

Clerk

p1020